**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

ERIC FRIEDMAN,

*Petitioner,*

v.

FEDERAL AVIATION
ADMINISTRATION,

*Respondent.*

No. **17-1043**

ORIGINAL

## PETITION FOR REVIEW

Pursuant to Rule 15 of the Federal Rules of Appellate Procedure and 49 U.S.C. § 46110(a), Petitioner Eric Freidman hereby petitions for review of Respondent Federal Aviation Administration's January 27, 2017 letter (Exhibit A), which was written in response to this Court's decision "remand[ing] this matter to the FAA to offer reasons for its denial of Friedman's application for a first class medical certificate," *Friedman v. FAA*, 841 F.3d 537, 545 (D.C. Cir. 2016) (No. 16-1007).

Dated: February 8, 2017

Respectfully submitted,

By: _____

Gregory S. Walden
Z.W. Julius Chen
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue NW
Washington, D.C. 20036
(202) 887-4213 – Telephone
(202) 887-4288 – Facsimile
gswalden@akingump.com

*Counsel for Petitioner Eric Friedman*

**EXHIBIT A**



U.S. Department
of Transportation

**Federal Aviation
Administration**

JAN 27 2017

Office of Aerospace Medicine
800 Independence Ave., S.W.
Washington, D.C. 20591

**CERTIFIED MAIL—RETURN RECEIPT REQUESTED**

Mr. Eric L. Friedman
2 Fallbrook Lane
Glen Mills, PA 19342

PI# 2189811

Dear Mr. Friedman:

On November 13, 2015, this office requested that you provide a report for continuous glucose monitoring (CGM) conducted for a minimum of 90 days, with automatic checks performed every 15 minutes throughout each 24-hour period, in order to consider your request for an Authorization for special issuance of a first-class medical certificate. This letter is written in response to the D.C. Circuit's decision in Friedman v. FAA, No. 16-1007 (2016), remanding this matter for the FAA to explain its reasoning in this regard.

As we have explained in previous correspondence addressed to you and to congressional representatives making inquiries on your behalf, individuals with insulin-treated diabetes mellitus (IDTM) are at increased risk of incapacitation due to hypoglycemia. Hypoglycemia can produce impaired intellectual function (mental incapacitation), seizures, loss of consciousness, and can also result in death. Loss of consciousness and seizures caused by hypoglycemia can occur without warning. Mental incapacitation can occur insidiously without being recognized by the individual or other crewmembers. Any of these events could have disastrous consequences if they occurred on the flight deck of an airliner or other commercial aircraft.

Because current clinical research has not yet developed methods to reliably control and monitor glucose in a way that would acceptably lower this risk of incapacitation , we have not allowed special issuance first- or second-class medical certification for individuals with ITDM. We have allowed special issuance third-class medical certificates for individuals with ITDM because our regulations grant us more latitude to accept risks for private pilots that are not acceptable for commercial or airline transport pilots.

Our goal is to eventually allow special issuance certification for any class of medical certificate for individuals with ITDM. To that end, we are working to develop an evidence-based framework for the parameters and criteria that will allow us to identify a subset of individuals with ITDM who are not at increased risk for incapacitation due to hypoglycemia.

We understand your assertion, supported by your treating physicians, that you have demonstrated excellent glycemic management as evidenced by self-monitoring with a traditional "finger-stick" recording glucometer. Current studies of the safety and efficacy of CGM devices alone or in conjunction with automated insulin pump devices show, however, that despite these

technological advances hypoglycemia remains common and frequently goes unrecognized by traditional finger-stick testing. Thus, self-monitoring using finger-stick testing alone is not an adequate mitigation strategy for operations requiring a first- or second-class medical certificate.

Because it is impossible to know the true extent of glycemic variability through self-monitoring with traditional "finger-stick" tests, we have determined that a fixed period (90 days) of CGM is necessary in order to consider your eligibility for an Authorization for special issuance of a first-class medical certificate. The CGM data that we have requested will be reviewed for evidence of glycemic control and stability, as well as to evaluate the potential use of CGM as risk mitigation during operations requiring a first- or second-class medical certificate.

We are aware of the American Diabetes Association's (ADA) position arguing against utilizing CGM data in making medical certification decisions. As we explained in a letter to the ADA, while we appreciate the time and effort invested by its expert panel to attempt to identify a subset of individuals with ITDM who are not at increased risk for incapacitation due to hypoglycemia, we require more evidentiary support for allowing first- and second-class medical certification than the ADA's recommendations provided.

Because you have not provided the requested CGM report and related data, we are unable to consider you for a special issuance first-class medical certificate.

Sincerely,

Michael A. Berry, M.D.
Federal Air Surgeon

cc:  Robert A. Comunale, M.D.
     Gregory S. Walden, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2017, I served the foregoing document upon the following counsel of record via overnight delivery.

Honorable Michael Huerta
Administrator
Federal Aviation Administration
U.S. Department of Transportation
800 Independence Avenue SW
Washington, D.C. 20591

Paul M. Geier
Assistant General Counsel for Litigation
Department of Transportation
1200 New Jersey Avenue SE
West Building, Room W94-310
Washington, D.C. 20590-9898

Pat McNall
Amanda Sheridan
Office of Chief Counsel
Federal Aviation Administration
U.S. Department of Transportation
800 Independence Avenue SW
Washington, D.C. 20591

Gregory S. Walden